### In re Lavaughn F. WATTS, Jr.

### No. 03–1122.

United States Court of Appeals,
Federal Circuit.

Jan. 15, 2004.

Before MICHEL, RADER, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

*AFFIRMED. See* Fed. Cir. R. 36.